BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATELYN M. FARLEY, IDAHO STATE BAR NO. 8932
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211

U.S. COURTS
SEP 22 2026
Rcvd_____ Filed CK Time 1:00
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MICHAEL HAROLD REPPERT,<br>Defendant. | Case No. CR 26-00261 E DCN<br>**INDICTMENT**<br>18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 2252A(b)(2)<br>18 U.S.C. § 2253(a)<br>18 U.S.C. § 2256(8)(A) |

The Grand Jury charges:

**COUNT ONE**
**Possession of Child Pornography**
**18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), and 2256(8)(A)**

On or between July 29, 2025 and September 11, 2026, in the District of Idaho, the Defendant, MICHAEL HAROLD REPPERT, did knowingly possess material containing an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that is, one or more visual depiction, the production of which the Defendant knew involved the use of a minor engaging in sexually explicit conduct, including at least one image of child pornography that involved a prepubescent minor or a minor who had not attained 12 years of age, and which image or images have been transported using the internet, a means and facility of interstate

commerce, and were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, to-wit: a PNY USB thumb drive, 64GB with serial number 057A06150090, Black Samsung Galaxy Phone with serial number 350545146162251215, and/or Blue Samsung Galaxy Phone with serial number 353994913447436, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2256(8)(A).

## **CRIMINAL FORFEITURE ALLEGATION**
## **18 U.S.C. § 2253(a)**

Upon conviction of the offense alleged in Count One of this Indictment, the Defendant, MICHAEL HAROLD REPPERT, shall forfeit to the United States his interest in the following: (1) any visual depiction described in 18 U.S.C. § 2252A, and any matter, which contains any such visual depiction, which was produced, transported, mailed, shipped, distributed, or received, or attempted to be produced, transported, mailed, shipped, distributed, or received in violation of 18 U.S.C. § 2252A(a)(5)(B); (2) any property, real and personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real and personal, used or intended to be used to commit or to promote the commission of such offense, and any property traceable to such offense.

The property to be forfeited includes, but is not limited to, the following:

1. Seized Property.

   - PNY USB thumb drive, 64GB, with serial number 057A06150090
   - Black Samsung Galaxy Phone with serial number 350545146162251215
   - Blue Samsung Galaxy Phone with serial number 353994913447436

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant"

up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 22nd day of September, 2026.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

KATELYN M. FARLEY
ASSISTANT UNITED STATES ATTORNEY